**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVEK SHAH,<br><br>PLAINTIFF(S)<br>v.<br>AMERICAN EXPRESS COMPANY,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV 24-6953-MWF(MARx)<br><br>ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

IT IS ORDERED that the Application for Permission for Electronic Filing by _Plaintiff Vivek Shah_ is hereby:

☑ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: August 22, 2024

_/s/ Michael W. Fitzgerald_
United States District/~~Magistrate~~ Judge

☐ **DENIED**

Comments:

Dated: _____   _____
United States District/Magistrate Judge

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING