# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVEK SHAH,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>Defendant. | Case No. 2:24-cv-06953-MWF-MAR<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**PLAINTIFF'S ARBITRATION STATUS REPORT** |

Plaintiff Vivek Shah ("Plaintiff") files this Status Report pursuant to the Court's Order regarding the status of arbitration:

Arbitration has commenced. The arbitrator was appointed on April 30, 2025. A preliminary arbitration management conference was held on June 10, 2025, and the evidentiary hearing is scheduled for March 4-5, 2026. The arbitration is currently in the discovery phase.

On January 26, 2026, Plaintiff contacted counsel for Defendant to file the belated Joint Status Report, see Exhibit A. Having received no response from counsel, Plaintiff now submits this Status Report individually.

Dated: January 31, 2026          **VIVEK SHAH**

By: _____ */s/ Vivek Shah* _____
Vivek Shah

Pro se Plaintiff

- 2 -

# Exhibit A

 Gmail

**Vivek Shah <newvivekshah@gmail.com>**

---

## Shah v American Express Joint Status Report

1 message

---

**Vivek Shah** <newvivekshah@gmail.com>         Mon, Jan 26, 2026 at 9:48 AM
To: "Fitz-Patrick, Kay" <kay.fitz-patrick@morganlewis.com>

Kay,

The report is overdue again in the court. Please send draft.

Vivek